IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Human Differential Intelligence, LLC,** | |
| Plaintiff, | Civil Action No. 1:22-cv-01334-LY |
| v. | |
| **Cloudflare, Inc.,** | JURY TRIAL DEMANDED |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO ORIGINAL COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Cloudflare, Inc. ("Cloudflare") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Original Complaint (the "Motion"), and respectfully shows as follows:

Cloudflare was served with a copy of Plaintiff's Original Complaint (ECF No. 1) ("Complaint") on January 5, 2023. As such, Cloudflare's deadline to answer or otherwise respond to the Complaint is January 26, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Cloudflare respectfully requests a thirty-day extension of time—i.e., up to and including February 27, 2023—to answer or otherwise respond to the Complaint. The extension is necessary so that Cloudflare will have sufficient time to review the allegations in the Complaint, as well as the asserted patents, and formulate its defenses and positions in this case. Cloudflare has met and conferred with Plaintiff Human Differential Intelligence, LLC and the Motion is unopposed. Additionally, the requested extension will not result in any other case deadlines being affected.

For these reasons, Cloudflare respectfully requests that the Court grant the Motion.

1

Dated: January 13, 2023

Respectfully submitted,

/s/ Steven Callahan

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Defendant Cloudflare, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant has met and conferred with counsel for Plaintiff and Plaintiff does not oppose the relief requested in this motion.

*[signature]*
STEVEN CALLAHAN

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

ANDREW G. DINOVO
  Texas State Bar No. 00790594
  adinovo@dinovoprice.com
NICOLE E. GLAUSER
  Texas State Bar No. 24050694
  nglauser@dinovoprice.com
GREGORY S. DONAHUE
  Texas State Bar No. 24012539
  gdonahue@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

*Counsel for Human Differential Intelligence, LLC*

*[signature]*
STEVEN CALLAHAN