**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **Human Differential Intelligence, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Cloudflare, Inc.,**<br><br>**Defendant.** | **Civil Action No.**<br>**1:22-cv-01334-LY**<br><br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Before the Court is Defendant Cloudflare, Inc.'s ("Cloudflare") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Original Complaint (the "Motion"). After careful consideration, the Court **GRANTS** the Motion. Cloudflare shall have up to and including February 27, 2023 to answer or otherwise respond to the Original Complaint.

Signed this _____ day of January 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1